## 13999.  BOOKER v. THE STATE.

LUKE, J. The evidence authorized the verdict of guilty, which has the approval of the trial judge, and this court is without authority to interfere with the judgment overruling the motion for a new trial, based on the general grounds only.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED DECEMBER 13, 1922.

Accusation of possessing liquor; from city court of Macon — Judge Gunn.   September 30, 1922.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Roy W. Moore, solicitor,* contra.

---

## 14004.  CHANDLER v. THE STATE.

BROYLES, C. J. The court did not err in overruling the motion for a new trial; the verdict was authorized by the evidence; and the alleged newly discovered evidence was cumulative and impeaching in its character and was met by a counter-showing from the State.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED DECEMBER 13, 1922.

Conviction of assault and battery; from Oconee superior court — Judge Fortson.   September 9, 1922.

*James W. Arnold,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.

---

## 14007.  THURMOND v. THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the verdict was amply authorized by the evidence, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED DECEMBER 13, 1922.

Indictment for burglary; from Wilkes ·superior court — Judge Shurley.   September 20, 1922.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.